IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NELSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | CIVIL DIVISION<br><br>No.   19-1382<br><br>**JURY TRIAL DEMANDED.** |

## NOTICE OF REMOVAL

State Farm Fire and Casualty Company (hereinafter "State Farm"), by and through its undersigned attorneys, files the following Notice of Removal pursuant to 28 U.S.C. §1441 and 1446:

1. On or about May 22, 2019, Plaintiff Rebecca Nelson commenced an action against State Farm by Writ of Summons in the Court of Common Pleas of Allegheny County, Pennsylvania at Docket No. GD-19-007602.

2. On or about September 26, 2019, Ms. Nelson filed a 5 count Complaint against State Farm for, *inter alia*, breach of contract, statutory bad faith, promissory estoppel, negligent misrepresentation and an alleged violation of the Pennsylvania Unfair Trade Practices Consumer Protection Law.

3. In each count of the Complaint, Ms. Nelson demands damages exceeding $35,000.00.

{R0954817.1 }

4. In count 2 of the Complaint, Plaintiff also demands an award of punitive damages and attorney's fees on her bad faith claim.

5. In count 5, Plaintiff demands compensatory damages, attorney's fees and treble damages.

6. Plaintiff avers that she is an adult individual residing in Pittsburgh, Allegheny County, Pennsylvania.

7. It is believed and, therefore, averred that Plaintiff is a citizen of the Commonwealth of Pennsylvania.

8. Plaintiff avers that State Farm is a foreign corporation with its principal place of business located at One State Farm Plaza, Bloomington, Illinois 61710.

9. State Farm is indeed an Illinois Corporation with its principal place of business located at One State Farm Plaza, Bloomington, Illinois 61710.

10. Based on the allegations of the well-pleaded Complaint and Notice of Removal, there is complete diversity between the parties under 28 U.S.C. §1332.

11. Based on the allegations of the Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

12. Copies of all process and pleadings filed in the Court of Common Pleas of Allegheny County, Pennsylvania at Docket No. GD-19-0007602 are attached to this Notice.

13. State Farm shall give notice to all parties of the filing of this Notice as required by 28 U.S.C. §1446(d).

14. A copy of this Notice will be filed with the Department of Court Records of the Court of Common Pleas of Allegheny County as required by 28 U.S.C. §1446(d).

{R0954817.1 }

Respectfully submitted,

ROBB LEONARD MULVIHILL LLP

/s/Mark A. Martini
Mark A. Martini, Esquire
PA I.D. # 91001
*Attorney for Defendant*

{R0954817.1 }

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was mailed by First Class U.S. mail, postage prepaid to the following counsel of record this 24th of October, 2019:

>David M. Kobylinski, Esquire
>Kobylinski & Kobylinski
>515 Court Place
>Pittsburgh, PA  15219

>/s/Mark A. Martini
>Mark A. Martini, Esquire
>*Attorney for Defendant*

{R0954817.1 }