## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NELSON, | CIVIL ACTION |
| Plaintiff, | No. 2:19-cv-01382 |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | **JURY TRIAL DEMANDED.** |
| Defendant. | |

### APPENDIX OF EXHIBITS IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT,
### CONCISE STATEMENT OF MATERIAL FACTS, AND
### MEMORANDUM OF LAW IN SUPPORT

**Exhibit A**     Certified Copy of State Farm Policy No. 38CVN4033

**Exhibit B**     Transcript of the Deposition of Rebecca Nelson, taken on April 22, 2021

**Exhibit C**     Transcript of the Deposition of Brian Pfister, taken on September 24, 2020

**Exhibit D**     December 17, 2018 Letter of Representation from Brian Pfister to State Farm

**Exhibit E**     December 20, 2018 Loss Report

**Exhibit F**     Relevant Portions of the Transcript of the Deposition of Rebecca Nelson, taken on April 22, 2021

**Exhibit G**     December 22, 2018 Water Remediation Estimate prepared by ServiceMaster Restore by All Pro

**Exhibit H**     Transcript of the Deposition of Anthony Traficante, taken on April 1, 2021

**Exhibit I**     December 21, 2018 Authorization for Repairs and Payment

**Exhibit J**     Photo Report of Water Remediation Work prepared by ServiceMaster Restore by All Pro

**Exhibit K**     January 7, 2019 Certificate of Completion and Satisfaction

**Exhibit L**      January 19, 2019 Letter from State Farm to Plaintiff

**Exhibit M**      January 29, 2019 E-mail from Brian Pfister to State Farm

**Exhibit N**      March 1, 2019 Letter from State Farm to Plaintiff

**Exhibit O**      Report of Roof Inspection prepared by Jathan D'Antonio of Restoration Management Services

**Exhibit P**      March 26, 2019 E-mail from Kalynn Young of RMS to Chad Moore, enclosing an invoice for the completed roof inspection.

**Exhibit Q**      March 29, 2019 Denial Letter

**Exhibit R**      April 16, 2019 Letter from Plaintiff's Counsel to State Farm

**Exhibit S**      May 15, 2019 Letter from State Farm to Plaintiff's Counsel

**Exhibit T**      Plaintiff's Answers and Objections to Interrogatories

**Exhibit U**      Affidavit of Michelle Hayes

           **Exhibit U-1**      Relevant portions of the Claim File created and maintained by State Farm in the normal course of business of Plaintiff's claim

           **Exhibit U-2**      December 20, 2018 Loss Report

           **Exhibit U-3**      Search Results for ILR Claim Representative Alejandro Barraza's interactions on December 20, 2018 from 10:42 a.m. to 7:13 p.m.

Respectfully submitted,

ROBB LEONARD MULVIHILL LLP

_/s/ Mark A. Martini_____
Mark A. Martini, Esquire
PA I.D.#91001
*Attorney for State Farm*