IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NELSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 2:19- cv-01382-RJC ) ) |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

BY THE COURT:

*s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc/ecf: All counsel of record