UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1793
_____

REBECCA NELSON,
                        Appellant

v.

STATE FARM FIRE AND CASUALTY CO
_____

On Appeal from the United States District Court
For the Western District of Pennsylvania
(D.C. No. 2-19-cv- 01382)
District Judge:  Honorable Robert J. Colville
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
March 8, 2024

Before:  JORDAN, PHIPPS, and FREEMAN, *Circuit Judges*
_____

JUDGMENT
_____

    This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 8, 2024.  On consideration whereof,

    It is now hereby ORDERED and ADJUDGED that the Judgment of the District Court entered on March 28, 2023, is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Each party to bear their own costs.

                                               ATTEST:

                                               s/ Patricia S. Dodszuweit
                                               Clerk

Dated: March 15, 2024